

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:** Jim Molinelli
Criminal Part 1 Clerk

**FROM:** Robin M. Rice
U.S. Probation Officer

**08 CRIM 451**

**RE:** Damon Chapman
03 CR 163-1

**DATE:** MAY 9, 2008

### TRANSFER OF JURISDICTION APPROVAL

On April 24, 2008, the Transfer of Jurisdiction Request from the Eastern District of North Carolina, was approved by the Honorable Malcolm J. Howard, U.S. District Judge for the Eastern District of North Carolina.

Enclosed please find the original of the Probation Form 22 (Transfer of Jurisdiction Order) and the original memo from the Eastern District of North Carolina.

Please feel free to contact me if you have any questions or need further information regarding this request at (212) 805-5103.

Thank you

*[signature]*
Robin M. Rice
U.S. Probation Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  MAY 2 3 2008
```